42258. SIMS et al. v. BROWN et al.
(333 SE2d 371)

PER CURIAM.
After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.
*All the Justices concur, except Hill, C. J., and Clarke, J., who dissent.*

DECIDED JULY 2, 1985.

*Powell, Goldstein, Frazer & Murphy, Daryll Love, John A. Gilleland, Montet, Smith & Kintz, N. Forrest Montet,* for appellants.
*Macy & Sikes, John M. Sikes, Jr.,* for appellees.